UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-911 SBA | |
| ) | | |
| Plaintiff, ) | ORDER GRANTING STIPULATED | |
| ) | REQUEST TO CONTINUE HEARING | |
| v. ) | DATE TO NOVEMBER 10, 2009 AND TO | |
| ) | EXCLUDE TIME UNDER THE SPEEDY | |
| IGNACIO ROLDAN-SILVA, ) | TRIAL ACT | |
| ) | | |
| Defendant. ) | Date: November 3, 2009 | |
| ) | Time: 9:00 a.m. | |
| ) | Court: Hon. Saundra Brown Armstrong | |

The parties jointly requested that the hearing in this matter be continued from November 3, 2009 to November 10, 2009, and that time be excluded under the Speedy Trial Act between November 3, 2009 and November 10, 2009 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. The defense has been reviewing discovery and performing legal research. The defense needs additional time to perform additional research and to speak with the defendant about the case. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from

1  November 3, 2009 to November 10, 2009 at 9:00 a.m., and that time between November 3, 2009
2  and November 10, 2009 is excluded under the Speedy Trial Act to allow for the effective
3  preparation of counsel, taking into account the exercise of due diligence, and continuity of
4  defense counsel.

DATED:11/2/09                          *Saundra B Armstrong*
                                       HON. SAUNDRA BROWN ARMSTRONG
                                       United States District Judge

2