BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ROLDAN-SILVA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>IGNACIO ROLDAN-SILVA,<br><br>　　　　Defendant. | No. CR-09-911 SBA<br><br>**STIPULATION AND ORDER<br>RESETTING SENTENCING DATE** |

　　　Ignacio Roldan-Silva entered a plea of guilty to the sole count of the indictment on November 10, 2009. Sentencing is currently set for January 26, 2010. The parties request that sentencing be rescheduled for February 23, 2010. Because of scheduling issues related to the holidays and trial, the probation interview will occur later than expected. Additional time is needed to complete the probation report. The assigned probation officer is in agreement with this request.

Dated: December 21, 2009　　　　　　　　　　/s/ Ned Smock
　　　　　　　　　　　　　　　　　　　　　　　NED SMOCK
　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender


Dated: December 21, 2009　　　　　　　　　　/s/ Deborah R. Douglas
　　　　　　　　　　　　　　　　　　　　　　　DEBORAH R. DOUGLAS
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

1  SIGNATURE ATTESTATION

2  I hereby attest that I have on file all holograph signatures for any signatures indicated by
3  a "conformed" signature (/S/) within this e-filed document.

9  **ORDER**

10  GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the January 26, 2010
11  sentencing date is reset for March 2, 2010 at 10:00 a.m.

13  Dated: January 4, 2010                    _____
                                               HON. SAUNDRA BROWN ARMSTRONG
14                                             United States District Judge