BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ROLDAN-SILVA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-911 SBA |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| vs. ) | **RESETTING SENTENCING DATE** |
| IGNACIO ROLDAN-SILVA, ) | |
| Defendant. ) | |

Ignacio Roldan-Silva entered a plea of guilty to the sole count of the indictment on November 10, 2009. Sentencing is currently set for March 2, 2010. The parties request that sentencing be rescheduled for March 9, 2010. The assigned Probation Officer is preparing a final amended Presentence Report in response to the objections filed by the parties. This report must be finalized prior to sentencing.

Dated: February 25, 2010                    /s/ Ned Smock
                                             NED SMOCK
                                             Assistant Federal Public Defender


Dated: February 25, 2010                    /s/ Deborah R. Douglas
                                             DEBORAH R. DOUGLAS
                                             Assistant United States Attorney

1

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the March 3, 2010 sentencing date is reset for March 9, 2010 at 10:00 a.m.

Dated: March 1, 2010

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

2